UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62488-CIV-HUCK/O'SULLIVAN

ELLIOT GLASS,

     Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES
LLC,

     Defendant.

_____/

**CLOSED CIVIL CASE**

## FINAL ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice [D.E. #4], filed February 28, 2011. Having considered the Notice and being otherwise duly advised, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. The Court retains jurisdiction until Monday, March 21, 2011 to enforce the terms of the parties' settlement agreement. All pending motions are DENIED as moot and the case is CLOSED.

DONE and ORDERED in Chambers, Miami, Florida, March 16, 2011.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record